Diane S. Sykes, OSB No. 980990
diane@dianessykeslaw.com
**Diane S. Sykes, Attorney at Law, P.C.**
5911 SE 43rd Avenue
Portland, Oregon 97206
Telephone: 503-504-7176

Of Attorney for Plaintiff Erin O'Brien

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| **ERIN O'BRIEN,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**MODA PARTNERS, INC., MODA, INC.**<br><br>　　　　Defendants. | Case No. Case No. 3:20-cv-00888-BR<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of the parties and Plaintiff's dismissal with prejudice of all of her claims against all Defendants in this matter,

IT IS HEREBY **ORDERED AND ADJUDGED** that these actions are dismissed with prejudice and without costs or attorney fees to any party.

　　　　DATED this _____ day of _____ 2021.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Anna J. Brown

Page 1　**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED:**

| | |
|---|---|
| /s Andrew M. Schpak | s/ Diane S. Sykes |
| Andrew M. Schpak, OSB No. 044080 | Diane S. Sykes, OSB 980990 |
| Josh M. Goldberg, OSB No. 180414 | Telephone: (503) 504-7176 |
| Telephone: (503) 228-0500 | |
| Attorney for Defendants | Attorney for Plaintiff |

Page 2 **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

**Diane S. Sykes, Attorney at Law, P.C.**
**5911 S.E. 43rd Avenue**
**Portland Oregon 97206**
**503-504-7176**
**diane@dianessykeslaw.com**

# CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** on the following named persons on the date indicated below by email only:

Andrew M. Schpak                                              aschpak@barran.com
Barran Liebman LLP
601 SW 2nd Avenue Suite 2300
Portland, OR. 97204

    Of Attorneys for Defendant, Moda Partners Inc.

    By email only, on the date set forth below.

Dated this 11th day of February, 2021.

                           **DIANE S. SYKES, ATTORNEY AT LAW, P.C.**

                           /s/Diane S. Sykes_____
                           Diane S. Sykes, OSB No. 980990
                           Of Attorneys for Plaintiff Erin O'Brien

Page 3  **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

**Diane S. Sykes, Attorney at Law, P.C.**
**5911 S.E. 43rd Avenue**
**Portland Oregon 97206**
**503-504-7176**
**diane@dianessykeslaw.com**